No. 94–5573. MANGINO v. DEPARTMENT OF THE ARMY ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–5575. CASAL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5576. CROSS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5582. EDWARDS v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 94–5583. KRIEGH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–5584. GREEN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5585. GARCIA v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94–5586. JACOBSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5587. JOSE M. v. SAN DIEGO COUNTY DEPARTMENT OF SOCIAL SERVICES. Sup. Ct. Cal. Certiorari denied.

No. 94–5589. CHOWDHURY v. SOUTHERN CALIFORNIA COACH ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 94–5591. BERCOVICI v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 94–5592. SIMMONS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5593. BENNATT v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5595. FULLARD v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.